UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 23-1217

_____

Leonard S. Taylor

Plaintiff - Appellant

v.

Richard Adams; Anne L. Precythe

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-00139-RLW)

_____

**JUDGMENT**

This appeal is administratively closed. The mandate shall issue forthwith.


February 08, 2023




Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　　/s/ Michael E. Gans